IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KENNETH SHAUN TRAYWICK,     )
                            )
    Petitioner,             )
                            )         CIVIL ACTION NO.
    v.                      )            2:14cv990-MHT
                            )
STATE OF ALABAMA, et al.,   )
                            )
    Respondents.            )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, AND DECREE of the court:

(1) The United States Magistrate Judge's recommendation (doc. no. 12) is adopted.

(2) The petition for writ of habeas corpus (doc. no. 1) is denied as time-barred.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of July, 2016.

                                        /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**